THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES DUELL, Respondent.

Submitted January 3, 1956; decided January 12, 1956.

Motion for assignment of counsel granted and John F. Burke, Esq., 31 Exchange Street, Rochester, New York, assigned as counsel to defendant on the appeal herein.